# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| WWW STORAGE LLC | § | Case No. 16-11703 TWD |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ronald G. Brown - Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 100,005.00            Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  619,314.35       Claims Discharged
                                                    Without Payment:  NA

Total Expenses of Administration:  180,685.65

---

3) Total gross receipts of $ 800,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 800,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,087,820.00 | $ 415,132.24 | $ 416,032.23 | $ 416,032.23 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 180,685.65 | 180,685.65 | 180,685.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 16,255.50 | 16,255.50 | 16,392.34 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 2,495,192.41 | 2,495,192.41 | 186,889.78 |
| **TOTAL DISBURSEMENTS** | $ 1,087,820.00 | $ 3,107,265.80 | $ 3,108,165.79 | $ 800,000.00 |

4) This case was originally filed under chapter 11 on 03/30/2016, and it was converted to chapter 7 on 08/24/2016. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/13/2018     By:/s/Ronald G. Brown - Chapter 7 Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real property - 23703 Military Rd S Kent WA | 1110-000 | 800,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 800,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chris Kealy | | 787,820.00 | NA | NA | 0.00 |
| | Classic Pioneer | | 300,000.00 | NA | NA | 0.00 |
| 5 | MORTGAGE EQUITIES INC, PROFIT SHARI | 4110-000 | 0.00 | 400,068.03 | 400,068.02 | 400,068.02 |
| 1A | KING COUNTY TREASURY OPERATIONS | 4800-000 | NA | 15,064.21 | 15,964.21 | 15,964.21 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 1,087,820.00 | $ 415,132.24 | $ 416,032.23 | $ 416,032.23 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:RONALD G. BROWN | 2100-000 | NA | 43,250.00 | 43,250.00 | 43,250.00 |
| TRUSTEE EXPENSES:RONALD G. BROWN | 2200-000 | NA | 440.58 | 440.58 | 440.58 |
| LAW OFFICE OF WANDA REIF NUXOLL,P.S | 2500-000 | NA | 4,280.51 | 4,280.51 | 4,280.51 |
| UNION BANK | 2600-000 | NA | 3,345.30 | 3,345.30 | 3,345.30 |
| KING COUNTY | 2820-000 | NA | 14,245.00 | 14,245.00 | 14,245.00 |
| UNITED STATES TRUSTEE | 2950-000 | NA | 325.00 | 325.00 | 325.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):RYAN SWANSON & CLEVELAND, PLLC | 3210-000 | NA | 72,324.00 | 72,324.00 | 72,324.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):RYAN SWANSON & CLEVELAND, PLLC | 3220-000 | NA | 66.00 | 66.00 | 66.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):BRUCE DEVEREAUX CPA, P.S. | 3410-000 | NA | 2,357.50 | 2,357.50 | 2,357.50 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):BRUCE DEVEREAUX CPA, P.S. | 3420-000 | NA | 51.76 | 51.76 | 51.76 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):WELLES RINNING LLC | 3510-000 | NA | 40,000.00 | 40,000.00 | 40,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 180,685.65 | $ 180,685.65 | $ 180,685.65 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Desmond Trufant | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service | | 0.00 | NA | NA | 0.00 |
| | King County Dept of Assessment | | 0.00 | NA | NA | 0.00 |
| | Liberty Law | | 0.00 | NA | NA | 0.00 |
| | Rabco Corporation | | 0.00 | NA | NA | 0.00 |
| | Royal Dev | | 0.00 | NA | NA | 0.00 |
| 1B | KING COUNTY TREASURY OPERATIONS | 5800-000 | NA | 16,255.50 | 16,255.50 | 16,392.34 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 16,255.50 | $ 16,255.50 | $ 16,392.34 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | CHRIS KEALY | 7100-000 | NA | 1,299,738.48 | 1,299,738.48 | 0.00 |
| 4 | CLASSIC PIONEER, LLC | 7100-000 | NA | 300,000.00 | 300,000.00 | 0.00 |
| | CLERK, KING COUNTY SUPERIOR COURT | 7100-000 | NA | 0.00 | 0.00 | 186,889.78 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | MEMBER MANAGEMENT SERVICES, LLC | 7100-000 | NA | 250,045.93 | 250,045.93 | 0.00 |
| 3 | THE BRICK MANAGEMENT, LLC | 7100-000 | NA | 645,408.00 | 645,408.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 2,495,192.41 | $ 2,495,192.41 | $ 186,889.78 |

Case No: 16-11703 TWD Judge: Timothy W. Dore   Trustee Name: Ronald G. Brown - Chapter 7 Trustee
Case Name: WWW STORAGE LLC   Date Filed (f) or Converted (c): 08/24/16 (c)
                              341(a) Meeting Date: 10/13/16
For Period Ending: 11/13/18   Claims Bar Date: 12/05/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account - HomeStreet Bank  
No marketable value. | 5.00 | 5.00 | | 0.00 | FA |
| 2. Permit Prepayments - City of Kent  
Asset investigated; permits expired; no marketable value. | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 3. Real property - 23703 Military Rd S Kent WA  
Amended schedule decreased value of property; sold per 10/23/17 court order; disbursement to state court proceedings on Mortgage Equities secured claim per same court order. | 1,500,000.00 | 764,115.00 | | 800,000.00 | FA |

TOTALS (Excluding Unknown Values) $1,600,005.00 $864,120.00 $800,000.00

Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 05/01/18    Current Projected Date of Final Report (TFR): 09/01/18

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| | |
|---|---|
| Case No: | 16-11703 -TWD |
| Case Name: | WWW STORAGE LLC |
| Taxpayer ID No: | *******5536 |
| For Period Ending: | 11/13/18 |

| | |
|---|---|
| Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******4951 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 78,753,461.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/03/17 | | LAW OFFICE OF WANDA REIF NUXOLL, P.S.<br>22525 SE 64th Place, Suite 245<br>Issaquah, WA 98027 | Sale Proceeds | | 341,258.63 | | 341,258.63 |
| | 3 | LAW OFFICE OF WANDA REIF NUXOLL,P.S | Memo Amount: 800,000.00<br>Sale Proceeds | 1110-000 | | | |
| | | MORTGAGE EQUITIES INC, PROFIT SHARI | Memo Amount: ( 367,568.02 )<br>Secured Claim | 4110-000 | | | |
| | | WELLES RINNING LLC | Memo Amount: ( 40,000.00 )<br>Real Estate Commission | 3510-000 | | | |
| | | KING COUNTY | Memo Amount: ( 14,245.00 )<br>Taxes (Excise) | 2820-000 | | | |
| | | KING COUNTY TREASURY OPERATIONS | Memo Amount: ( 16,255.50 )<br>Taxes (Real Estate) | 4800-000 | | | |
| | | LAW OFFICE OF WANDA REIF NUXOLL,P.S | Memo Amount: ( 4,280.51 )<br>Escrow Costs | 2500-000 | | | |
| | | KING COUNTY TREASURY OPERATIONS | Memo Amount: ( 16,392.34 )<br>Taxes (Real Estate) | 5800-000 | | | |
| 12/08/17 | | LAW OFFICE OF WANDA REIF NUXOLL, P.S.<br>22525 SE 64th Place, Suite 245<br>Issaquah, WA 98027 | Refund (Taxes) | | | -291.29 | 341,549.92 |
| | | KING COUNTY TREASURY OPERATIONS | Memo Amount: 291.29<br>Refund (Taxes) | 4800-000 | | | |
| 12/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 409.04 | 341,140.88 |
| 01/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 507.39 | 340,633.49 |
| 02/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 506.87 | 340,126.62 |
| 03/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 457.22 | 339,669.40 |
| 04/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 505.40 | 339,164.00 |
| 05/04/18 | 010001 | United States Trustee | U.S.Trustee Fees | 2950-000 | | 325.00 | 338,839.00 |

Page Subtotals  341,258.63  2,419.63

Ver: 20.02

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-11703 -TWD | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | WWW STORAGE LLC | Bank Name: | UNION BANK |
|  |  | Account Number / CD #: | *******4951 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5536 |  |  |
| For Period Ending: | 11/13/18 | Blanket Bond (per case limit): | $ 78,753,461.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/04/18 | 010002 | Mortgage Equities Inc, Profit Sharing Plan & Trust<br>c/o Hacker & Willig, Inc., P.S.<br>520 Pike Street, Suite 2500<br>Seattle, WA 98101<br>700 Stewart Street<br>Suite 5103<br>Seattle, WA 98101 | Secured Claim | 4110-000 | | 32,500.00 | 306,339.00 |
| 05/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 488.42 | 305,850.58 |
| 06/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 470.96 | 305,379.62 |
| 10/17/18 | 010003 | Ronald G. Brown<br>999 Third Avenue, Suite 2525<br>Seattle, WA 98104 | Chapter 7 Compensation/Fees | 2100-000 | | 43,250.00 | 262,129.62 |
| 10/17/18 | 010004 | Ronald G. Brown<br>999 Third Avenue, Suite 2525<br>Seattle, WA 98104 | Chapter 7 Expenses | 2200-000 | | 440.58 | 261,689.04 |
| 10/17/18 | 010005 | RYAN SWANSON & CLEVELAND, PLLC<br>1201 Third Avenue, Suite 3400<br>Seatlte, WA 98101-3034 | Attorney Fees | 3210-000 | | 72,324.00 | 189,365.04 |
| 10/17/18 | 010006 | RYAN SWANSON & CLEVELAND, PLLC<br>1201 Third Avenue, Suite 3400<br>Seatlte, WA 98101-3034 | Attorney Expenses | 3220-000 | | 66.00 | 189,299.04 |
| 10/17/18 | 010007 | Bruce Devereaux CPA, P.S.<br>6044 Palatine Avenue North<br>Seattle, WA 98103 | Accountant Fees | 3410-000 | | 2,357.50 | 186,941.54 |
| 10/17/18 | 010008 | Bruce Devereaux CPA, P.S.<br>6044 Palatine Avenue North<br>Seattle, WA 98103 | Accountant Expenses | 3420-000 | | 51.76 | 186,889.78 |
| 10/17/18 | 010009 | CLERK, KING COUNTY SUPERIOR COURT<br>King County Courthouse | Creditor Claims | 7100-000 | | 186,889.78 | 0.00 |

Page Subtotals      0.00      338,839.00

Ver: 20.02

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-11703 -TWD | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | WWW STORAGE LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******4951 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5536 | | |
| For Period Ending: | 11/13/18 | Blanket Bond (per case limit): | $ 78,753,461.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Third and James Streets Seattle, WA 98104 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 800,291.29 | COLUMN TOTALS | | 341,258.63 | 341,258.63 | 0.00 |
| | Memo Allocation Disbursements: | 458,741.37 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 341,258.63 | 341,258.63 | |
| | Memo Allocation Net: | 341,549.92 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 341,258.63 | 341,258.63 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | Total Allocation Receipts: | 800,291.29 | TOTAL - ALL ACCOUNTS | | | | |
| | Total Allocation Disbursements: | 458,741.37 | Checking Account (Non-Interest Earn - *******4951 | | 341,258.63 | 341,258.63 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | Total Memo Allocation Net: | 341,549.92 | | | 341,258.63 | 341,258.63 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 20.02

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*